UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE LANAIR JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:05-CV-2049-G |
| DAN JOSLIN, WARDEN, | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

### ORDER

United States Magistrate Judge William F. Sanderson, Jr. made findings, conclusions and a recommendation in this case. Petitioner filed objections and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED** and the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 31, 2006.

A. JOE FISH
CHIEF JUDGE